# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Arthur D. Scalzitti aka Dan Scalzitti aka Daniel Arthur Scalzitti aka Dan Scalzitti, Jr. aka Arthur Daniel Scalzitti, Jr. aka Arthur D. Scalzitti aka Arthur Daniel Scalzitti aka A. Daniel Scalzitti <br>                        Debtor | CHAPTER 13 <br><br> BKY. NO. 16-20805 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Specialized Loan Servicing LLC, as Servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6, and index same on the master mailing list.

Re: Loan # Ending In: 5954

                                      Respectfully submitted,

                                      **/s/ Matthew J. McClelland, Esquire**
                                      Matthew J. McClelland, Esquire
                                      mmcclelland@kmllawgroup.com
                                      Attorney I.D. No. 319482
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106
                                      Phone: 215-627-1322
                                      Fax: 215-627-7734
                                      Attorney for Movant/Applicant