# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

| | |
|---|---|
| Debtor: | ARTHUR D. SCALZITTI |
| Case Number: | 16-20805-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 30, 2016 11:00 AM    COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

Debtor's Objection To Notice Of Morgage Payment Change [filed 10/7/2016 by The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., Alternative Loan Trust 2006-OA6 Mortgage Pass-Through Certificates, Series 2006-OA6 As Serviced by Specialized Loan Servicing, LLC
- Respoinse filed 11/23/2016 at Doc. # 60 by Respondent [Due 11/17/2016]
R / M #:  56 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTOR:  LAWRENCE R. BURNS, ESQUIRE
CREDITOR:  THOMAS I. PULEO, ESQUIRE for BNY MELLON, AS TRUSTEE     *Matthew McClellan* (signature)

## Proceedings:

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
_____ CONTINUE MATTER:
    _____ For At Least _____ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at _____
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period: _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
__✓__ OTHER:   O|E

**- Modified Order Entered 11/30/2016 Allowing the Mortgage Payment Change**

FILED
11/30/16 2:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge