IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Arthur D. Scalzitti,<br>    Debtor.<br><br>Arthur D. Scalzitti,<br>    Movant,<br><br>vs.<br>The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA5 MORTAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 As Serviced By Specialized Loan Servicing LLC,<br>    Respondent. | Bankruptcy No. 16-20805-JAD<br><br>Chapter 13<br><br>Doc. # 59<br><br>Related to Docs No. 54 & Claim No. 6 |

## ORDER OF COURT

AND NOW to wit, this __30th__ day of __November__, 2016, upon consideration of the within Objection to Mortgage Payment Change, it is hereby ORDERED, ADJUDGED and DECREED that the Respondent's Mortgage Payment Change is ~~DENIED~~ allowed. However, no amended plan is required as the existing plan provides for surrender of the collateral.

BY THE COURT:

_____
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Arthur D. Scalzitti
    Lawrence R. Burns, Esquire
    Thomas I. Puleo, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

FILED
11/30/16 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
```

In re:                                                           Case No. 16-20805-JAD
Arthur D. Scalzitti                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 1              Date Rcvd: Nov 30, 2016
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2016.
db             Arthur D. Scalzitti,    1009 Fairway Oaks Drive,    Jeannette, PA 15644-9691

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 30, 2016 at the address(es) listed below:
              Barbara A. Fein    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6
               Mortgage Pass-Through Certificates, Series 2006-OA6, B juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Lawrence R. Burns    on behalf of Debtor Arthur D. Scalzitti lawburns1@gmail.com,
               faithaburns@gmail.com
              Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6
               Mortgage Pass-Through Certificates, Series 2006-OA6, B tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                               TOTAL: 9