# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Arthur D. Scalzitti, | : | Bankruptcy No. 16-20805-JAD |
|     Debtor. | : | |
| | : | Chapter 13 |
| Arthur D. Scalzitti, | : | |
|     Movant, | : | Related to Doc No. 54 & Claim No. 6 |
| | : | |
| vs. | : | |
| The Bank of New York Mellon FKA The Bank of New York, as Trustee for the Certificateholders of CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 As Serviced by Specialized Loan Servicing LLC, | : | |
|     Respondent. | | |

## DECLARATION THAT AMENDED PLAN OR NOTICE OF PROPOSED MODIFICATION TO PLAN IS NOT NECESSARY

The undersigned hereby declares that he is in receipt of The Bank of New York Mellon's Notice of Mortgage Payment Change, and counsel has determined that as the existing Plan provides for surrender of the collateral an amended Chapter 13 plan is not necessary at this time.

    Respectfully submitted this 29th day of December 2016.

                                                                   Respectfully submitted,
                                                                   /s/ Lawrence R. Burns, Esquire
                                                                   Lawrence R. Burns, Esquire
                                                                   231 S. Main Street, Suite 310
                                                                   Greensburg, PA 15601
                                                                   724-834-2002
                                                                   Lawburns1@gmail.com
                                                                   PA I.D. 21825