Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Arthur D. Scalzitti**
**aka Daniel Arthur Scalzitti, aka Dan Scalzitti Jr., aka Dan Scalzitti, and others...**
    Debtor(s)

Bankruptcy Case No.: 16–20805–JAD
Doc. No. 66
Chapter: 13
Docket No.: 67 – 66
Concil. Conf.: April 20, 2017 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 9, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 24, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **April 20, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 23, 2017

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-20805-JAD
Arthur D. Scalzitti                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2       User: msch           Page 1 of 2           Date Rcvd: Jan 23, 2017
                           Form ID: 410         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2017.
```
db              Arthur D. Scalzitti,    1009 Fairway Oaks Drive,    Jeannette, PA  15644-9691
cr             +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                 Pittsburgh, PA 15219-2908
cr             +PNC Bank, National Association,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
cr             +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14191788       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14246352        American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14191789       +American Express Bank FSB,    c/o Jordan W. Felzer Esq.,    102 Browning Lane,
                 Building B, Suite 1,    Cherry Hill, NJ 08003-3195
14191790       +Barclays Bank Delaware,    700 PRIDES XING,    Newark, DE 19713-6102
14191792       +Cach, LLC,    c/o Allen C. Smith, Esquire,    1276 Veterans Highway,    Suite E-1,
                 Bristol, PA 19007-2597
14191793       +Discover Bank,    c/o Matthew D. Urban, Esq.,    2500 Koppers Building,    436 Seventh Avenue,
                 Pittsburgh, PA 15219-1826
14191795       +Dominion Energy Solutions,    P.O. Box 298,    Pittsburgh, PA 15230-0298
14223797       +Hibu Inc f/k/a Yellowbook Inc,    C/O RMS Bankruptcy Recovery Services,    P. O. Box 361345,
                 Columbus, OH 43236-1345
14191797       +One Source Water,    8 Two Mile Road, Suite 102,    Farmington, CT 06032-2513
14191798        Pennsylvania Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14191799        Peoples,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14263246       +Peoples Natural Gas Company, LLC,    205 North Main Street,    Butler, PA 16001,
                 Attention: Barbara Rodgers 16001-4904
14191801       +Razor Capital LLC,    8000 Norman Center Drive,    Bloomington, MN 55437-1178
14191803       +Razor Capital LLC,    c/o Joel M. Flink, Esq.,    375 East Elm Street Suite 210,
                 Conshohocken, PA 19428-1973
14191802       +Razor Capital LLC,    c/o Frederic I. Weinberg, Esq.,    375 East Elm Street Suite 210,
                 Conshohocken, PA 19428-1973
14191805       +S&T Bank,    PO Box 190,    Indiana, PA 15701-0190
14191806       +Security Credit Services LLC,    2623 W. Oxford Loop,    Oxford, MS 38655-5442
14191807       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14191808       +Tax Claim Bureau of Westmoreland County,    c/o Timothy C. Andrews, Esq.,
                 2 North Main Street Suite 103,    Greensburg, PA 15601-2422
14218367       +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14191810       +Yellow Book Sales,    c/o Amato Keating & Lessa,    107 North Commerce Way,
                 Bethlehem, PA 18017-8913
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14194687        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 24 2017 01:59:18
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14191791       +E-mail/Text: ebn@squaretwofinancial.com Jan 24 2017 01:43:12       Cach, LLC,
                 4340 S. Monaco Street, 2nd Floor,    Denver, CO 80237-3485
14191794        E-mail/Text: mrdiscen@discover.com Jan 24 2017 01:42:30        Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
14211438        E-mail/Text: mrdiscen@discover.com Jan 24 2017 01:42:30        Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14191796       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 24 2017 01:42:56        Midland Funding,
                 8875 Aero Drive Suite 200,    San Diego, CA 92123-2255
14191800        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 01:58:33
                 Portfolio Recovery Associates,    120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14216544        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2017 01:59:17
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14209581        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2017 01:42:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
14252446        E-mail/Text: bkdepartment@rtresolutions.com Jan 24 2017 01:43:05
                 Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                 Dallas, Texas 75247-4029
14191804       +E-mail/Text: bkdepartment@rtresolutions.com Jan 24 2017 01:43:05        Realtime Solutions,
                 1349 Empire Central Dr Suite 150,    Dallas, TX 75247-4029
                                                                                               TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon FKA The Bank of New Yo
cr              The Bank of New York Mellon f/k/a The Bank of New,    8742 Lucent Boulevard,    Suite 300,
                 Highland Ranch
```

```
District/off: 0315-2          User: msch                 Page 2 of 2          Date Rcvd: Jan 23, 2017
                              Form ID: 410               Total Noticed: 36

14255582*        American Express Bank FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14191809*       +Tax Claim Bureau of Westmoreland County,   c/o Timothy C. Andrews, Esq.,
                  2 North Main Street, Suite 103,   Greensburg, PA 15601-2422
                                                                                       TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2017 at the address(es) listed below:

```
          Barbara A. Fein    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6
           Mortgage Pass-Through Certificates, Series 2006-OA6, B juliep@lobaf.com,
           lawofficeofbarbarafein@gmail.com
          Brett A. Solomon    on behalf of Creditor    PNC Bank, National Association bsolomon@tuckerlaw.com,
           dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
          Lawrence R. Burns    on behalf of Debtor Arthur D. Scalzitti lawburns1@gmail.com,
           faithaburns@gmail.com
          Matthew John McClelland    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
           York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert C. Edmundson    on behalf of Creditor    Office of Attorney General Department of Revenue
           redmundson@attorneygeneral.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Thomas I. Puleo    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
           as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6
           Mortgage Pass-Through Certificates, Series 2006-OA6, B tpuleo@goldbecklaw.com,
           BKGroup@goldbecklaw.com
                                                                                             TOTAL: 9
```