**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Arthur D. Scalzitti** | : | Case No. 16−20805−JAD |
| **aka Daniel Arthur Scalzitti, aka Dan Scalzitti** | : | Chapter: 13 |
| **Jr., aka Dan Scalzitti, and others...** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Dkt. No. 66 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **11th day of April, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                    Case No. 16-20805-JAD
Arthur D. Scalzitti                                                       Chapter 13
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: jhel                  Page 1 of 2                  Date Rcvd: Apr 11, 2017
                               Form ID: 309                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2017.
db             Arthur D. Scalzitti,    1009 Fairway Oaks Drive,    Jeannette, PA 15644-9691
cr            +Office of Attorney General Department of Revenue,    Robert C. Edmundson,    564 Forbes Avenue,
                Pittsburgh, PA 15219-2908
cr            +PNC Bank, National Association,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                Pittsburgh, PA 15212-5861
cr            +THE BANK OF NEW YORK MELLON,     14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14191789      +American Express Bank FSB,    c/o Jordan W. Felzer Esq.,    102 Browning Lane,
                Building B, Suite 1,    Cherry Hill, NJ 08003-3195
14191792      +Cach, LLC,   c/o Allen C. Smith, Esquire,    1276 Veterans Highway,    Suite E-1,
                Bristol, PA 19007-2597
14191793      +Discover Bank,   c/o Matthew D. Urban, Esq.,    2500 Koppers Building,    436 Seventh Avenue,
                Pittsburgh, PA 15219-1826
14191795      +Dominion Energy Solutions,    P.O. Box 298,   Pittsburgh, PA 15230-0298
14223797      +Hibu Inc f/k/a Yellowbook Inc,    C/O RMS Bankruptcy Recovery Services,    P. O. Box 361345,
                Columbus, OH 43236-1345
14191797      +One Source Water,    8 Two Mile Road, Suite 102,    Farmington, CT 06032-2513
14191798       Pennsylvania Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                Harrisburg, PA 17128-0948
14191799       Peoples,    P.O. Box 644760,   Pittsburgh, PA 15264-4760
14263246      +Peoples Natural Gas Company, LLC,    205 North Main Street,    Butler, PA 16001,
                Attention: Barbara Rodgers 16001-4904
14191803      +Razor Capital LLC,    c/o Joel M. Flink, Esq.,    375 East Elm Street Suite 210,
                Conshohocken, PA 19428-1973
14191802      +Razor Capital LLC,    c/o Frederic I. Weinberg, Esq.,    375 East Elm Street Suite 210,
                Conshohocken, PA 19428-1973
14191805      +S&T Bank,   PO Box 190,    Indiana, PA 15701-0190
14191806      +Security Credit Services LLC,    2623 W. Oxford Loop,    Oxford, MS 38655-5442
14191807      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO 80129-2386
14191808      +Tax Claim Bureau of Westmoreland County,    c/o Timothy C. Andrews, Esq.,
                2 North Main Street Suite 103,    Greensburg, PA 15601-2422
14218367      +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing, LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14191810      +Yellow Book Sales,    c/o Amato Keating & Lessa,    107 North Commerce Way,
                Bethlehem, PA 18017-8913

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14191788      +EDI: AMEREXPR.COM Apr 12 2017 01:08:00      American Express,    PO Box 981537,
                El Paso, TX 79998-1537
14246352       EDI: BECKLEE.COM Apr 12 2017 01:08:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
14194687       EDI: AIS.COM Apr 12 2017 01:08:00      American InfoSource LP as agent for,
                First Data Global Leasing,    PO Box 248838,    Oklahoma City, OK 73124-8838
14191790      +EDI: TSYS2.COM Apr 12 2017 01:08:00      Barclays Bank Delaware,    700 PRIDES XING,
                Newark, DE 19713-6102
14191791      +EDI: STFC.COM Apr 12 2017 01:09:00      Cach, LLC,   4340 S. Monaco Street, 2nd Floor,
                Denver, CO 80237-3485
14191794       EDI: DISCOVER.COM Apr 12 2017 01:08:00      Discover Financial Services,    PO Box 15316,
                Wilmington, DE 19850
14211438       EDI: DISCOVER.COM Apr 12 2017 01:08:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
14191796      +EDI: MID8.COM Apr 12 2017 01:08:00      Midland Funding,    8875 Aero Drive Suite 200,
                San Diego, CA 92123-2255
14191800       EDI: PRA.COM Apr 12 2017 01:08:00      Portfolio Recovery Associates,
                120 Corporate Blvd Suite 100,    Norfolk, VA 23502
14216544       EDI: PRA.COM Apr 12 2017 01:08:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
14209581       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 12 2017 01:11:40
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA 17128-0946
14191801      +E-mail/Text: samantha.vogt@razor-capital.com Apr 12 2017 01:12:12      Razor Capital LLC,
                8000 Norman Center Drive,    Bloomington, MN 55437-1178
14252446       E-mail/Text: bkdepartment@rtresolutions.com Apr 12 2017 01:11:56
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
14191804      +E-mail/Text: bkdepartment@rtresolutions.com Apr 12 2017 01:11:56      Realtime Solutions,
                1349 Empire Central Dr Suite 150,    Dallas, TX 75247-4029
                                                                                                TOTAL: 14
```

```
District/off: 0315-2          User: jhel              Page 2 of 2              Date Rcvd: Apr 11, 2017
                              Form ID: 309            Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            The Bank of New York Mellon FKA The Bank of New Yo
cr            The Bank of New York Mellon f/k/a The Bank of New,   8742 Lucent Boulevard,   Suite 300,
                Highland Ranch
14255582*     American Express Bank FSB,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
14191809*    +Tax Claim Bureau of Westmoreland County,   c/o Timothy C. Andrews, Esq.,
                2 North Main Street, Suite 103,   Greensburg, PA 15601-2422
                                                                                 TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2017 at the address(es) listed below:

```
              Barbara A. Fein    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6
               Mortgage Pass-Through Certificates, Series 2006-OA6, B juliep@lobaf.com,
               lawofficeofbarbarafein@gmail.com
              Brett A. Solomon    on behalf of Creditor   PNC Bank, National Association bsolomon@tuckerlaw.com,
               dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com;agilbert@tuckerlaw.com
              Lawrence R. Burns    on behalf of Debtor Arthur D. Scalzitti lawburns1@gmail.com,
               faithaburns@gmail.com
              Matthew John McClelland    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWALT, Inc., ALTERNATIVE LOAN TRUST 2006-OA6
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA6 bkgroup@kmllawgroup.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert C. Edmundson    on behalf of Creditor   Office of Attorney General Department of Revenue
               redmundson@attorneygeneral.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Thomas I. Puleo    on behalf of Creditor   The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OA6
               Mortgage Pass-Through Certificates, Series 2006-OA6, B tpuleo@goldbecklaw.com,
               BKGroup@goldbecklaw.com
                                                                                            TOTAL: 9
```