**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

ARTHUR D. SCALZITTI

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:16-20805 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/04/2016 and confirmed on 10/04/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 2,800.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,800.00 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 1,500.00 | |
| Trustee Fee | 103.60 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,603.60 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE  Acct: 9961 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRUSTEE  Acct: 5954 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLAIM BUI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLAIM BUI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLAIM BUI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 5918 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRUSTEE  Acct: 5954 | 0.00 | 0.00 | 0.00 | 0.00 |
| BANK OF NEW YORK MELLON - TRUSTEE  Acct: 9961 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTMORELAND COUNTY TAX CLAIM BUI  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PA DEPARTMENT OF REVENUE* | 63,279.13 | 0.00 | 1,196.40 | 1,196.40 |
| Acct: 8576 | | | | |
| | | | | 1,196.40 |
| **Priority** | | | | |
| LAWRENCE R BURNS ESQ | 2,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ARTHUR D. SCALZITTI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 6,118.11 | 0.00 | 0.00 | 0.00 |
| Acct: 1116 | | | | |
| LAW OFFICE OF LAWRENCE BURNS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE R BURNS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE R BURNS ESQ | 2,000.00 | 1,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PEOPLES NATURAL GAS CO LLC* | 4,105.27 | 0.00 | 0.00 | 0.00 |
| Acct: 6836 | | | | |
| AMERICAN INFOSOURCE LP - AGENT FIRS | 71.95 | 0.00 | 0.00 | 0.00 |
| Acct: 0000 | | | | |
| AMERICAN EXPRESS BANK FSB | 34,311.79 | 0.00 | 0.00 | 0.00 |
| Acct: 1005 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0042 | | | | |
| CACH LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DISCOVER BANK(*) | 12,233.19 | 0.00 | 0.00 | 0.00 |
| Acct: 8099 | | | | |
| DOMINION ENERGY SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0046 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6286 | | | | |
| ONE SOURCE WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 1,284.13 | 0.00 | 0.00 | 0.00 |
| Acct: 0987 | | | | |
| RAZOR CAPITAL II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| RAZOR CAPITAL II LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| S & T BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7860 | | | | |
| SECURITY CREDIT SERVICES LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 226 | | | | |
| YELLOW BOOK SALES & DISTRIBUTION C | 43,504.91 | 0.00 | 0.00 | 0.00 |
| Acct: 3472 | | | | |
| PA DEPARTMENT OF REVENUE* | 2,102.09 | 0.00 | 0.00 | 0.00 |
| Acct: 8576 | | | | |
| ALPINE FINANCIAL SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0099 | | | | |
| GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9363 | | | | |
| HIBU | 37,011.92 | 0.00 | 0.00 | 0.00 |
| Acct: 0772 | | | | |
| AMERICAN EXPRESS BANK FSB | 45,059.59 | 0.00 | 0.00 | 0.00 |

| 16-20805 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 3004 | | | | | |
| | | \*\*\*N O N E\*\*\* | | | |
| TOTAL PAID TO CREDITORS | | | | | 1,196.40 |
| TOTAL CLAIMED | | | | | |
| PRIORITY | | 6,118.11 | | | |
| SECURED | | 63,279.13 | | | |
| UNSECURED | | 179.684.84 | | | |

Date: 05/22/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com