IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Bankruptcy No. 16-20805-JAD |
| | : | |
| ARTHUR D. SCALZITTI, | : | Chapter 13 |
| | : | |
| Debtor(s). | : | |
| | : | |
| | : | |
| PNC BANK, NATIONAL ASSOCIATION, | : | Related to Doc. No. 78 |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| ARTHUR D. SCALZITTI, | : | |
| | : | |
| Respondent(s). | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that on May 3, 2019, I served or caused to be served, a copy of the Order Granting Motion to Reopen and Request to Restrict Public Access upon Debtor(s)' counsel, the chapter 13 trustee, and the United States Trustee via electronic email through the Court's CM/ECF notification system, and upon the Debtor(s) via First Class, postage prepaid, U.S. Mail, at the following address(es):

Arthur D. Scalzitti
1009 Fairway Oaks Drive
Jeannette, PA 15644-9691

Dated:  May 3, 2019

/s/ *Maribeth Thomas*
Maribeth Thomas, Esq.
PA ID No. 208376
TUCKER ARENSBERG, P.C.
1500 One PPG Place
Pittsburgh, Pennsylvania 15222
Phone:  (412) 566-1212
Fax:  (412) 594-3944
mthomas@tuckerlaw.com

*Counsel for PNC Bank, National Association*